IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|   |   |   |
|---|---|---|
| JAMES ARNOLD WILLIAMS, JR., et al. | * | |
| Plaintiffs | * | |
| v. | * | CIVIL NO. JKB-17-1583 |
| STEPHEN K. WILSON, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM AND ORDER

On June 9, 2017, the Plaintiff(s) filed the COMPLAINT (ECF No. 1). It is a *pro se* filing, quite lengthy, and difficult to follow.

The "State of Maryland Defendants" filed their Motion to Dismiss (ECF No. 13) on July 19, 2017, the "Queen Anne's County Commissioners" Defendants filed their Motion to Dismiss (ECF No. 16) on August 4, 2017, and the "United States Defendants" filed their Motion to Dismiss on August 18, 2017. The *pro se* Plaintiff(s) responded on September 15, 2017, when he/they docketed a "Motion for Reconsideration" (ECF No. 23).

The Court has carefully reviewed the submissions. The Plaintiff(s)' Complaint is fatally flawed and deficient for the many reasons detailed in the briefs in support of the Motions to Dismiss (*see* ECF Nos. 13-1, 16-1, and 21-2), the reasoning of which the Court adopts herein as its own. Accordingly, the Complaint is DISMISSED. The Clerk is directed to CLOSE THIS CASE.

DATED the 30th day of October, 2017.

BY THE COURT:

_____/s/_____
James K. Bredar
Chief Judge